# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**JAN VENTER-BARKLEY**

**v.**  **CIVIL NO. 09-2064-KHV**

**PITTSBURG STATE UNIVERSITY**

**( X )**  **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum And Order (Doc. #8) filed November 16, 2009 and the Memorandum And Order (Doc. #13) filed February 26, 2010, the claims of plaintiff Jan Venter-Barkley against defendant Pittsburg State University are DISMISSED.

**Dated:  February 26, 2010**            **TIMOTHY M. O'BRIEN, CLERK**

                                    **s/ Linda South**
                                    **Linda South, Deputy Clerk**